IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPVENTURE, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 11-588-RGA |
| ACER, INC., ACER AMERICA CORPORATION, GATEWAY, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, DELL INC., FUJITSU LIMITED, FUJITSU AMERICA, INC., LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., and TOSHIBA AMERICA INFORMATION, SYSTEMS INC., | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## DECLARATION OF MICHAEL J. ENGLE IN SUPPORT OF DEFENDANTS ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER AND TRANSFER

I, Michael J. Engle, hereby declare that the following is true and correct:

1. I am currently an associate at the law firm of Perkins Coie LLP.

2. Attached as Exhibit 1 is a true and correct copy of the decision from *Brandywine Commc'ns Techs., LLC v. Audiovox Corp.*, No. 6:11-cv-1367 (M.D. Fla. Jan. 24, 2012).

3. Attached as Exhibit 2 is a true and correct printout from Expedia's website (http://www.expedia.com/) for a search for flights between San Francisco, California and Philadelphia, Pennsylvania.

4. Attached as Exhibit 3 is a true and correct printout from Travelocity's website (http://www.travelocity.com/) for a search for hotels in Wilmington, Delaware.

5. Attached as Exhibit 4 is a true and correct printout from Expedia's website (http://www.expedia.com/) for a search for flights between Taipei, Taiwan and San Francisco, California.

6. Attached as Exhibit 5 is a true and correct printout from Expedia's website (http://www.expedia.com/) for a search for flights between Taipei, Taiwan and Philadelphia, Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2011, in Los Angeles, California.

_____
M.J. Engle