IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPVENTURE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-588-RGA |
| ) | |
| ACER, INC., ACER AMERICA ) | **JURY TRIAL DEMANDED** |
| CORPORATION, GATEWAY, INC., ) | |
| ASUSTEK COMPUTER INC., ) | |
| ASUS COMPUTER INTERNATIONAL, ) | |
| DELL INC., FUJITSU LIMITED, ) | |
| FUJITSU AMERICA, INC., ) | |
| LENOVO GROUP LIMITED, LENOVO ) | |
| (UNITED STATES) INC., SAMSUNG ) | |
| ELECTRONICS CO., LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., TOSHIBA CORPORATION, ) | |
| TOSHIBA AMERICA, INC., and ) | |
| TOSHIBA AMERICA INFORMATION, ) | |
| SYSTEMS INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF CONNIE HUANG IN SUPPORT OF DEFENDANTS ASUSTEK
COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER AND TRANSFER**

I, Connie Huang, hereby declare that the following is true and correct:

1. I am an employee of ASUSTeK Computer Inc. ("ASUSTeK") and my current title is Product Manager.

2. ASUSTeK is a Taiwanese corporation with its principal place of business in Taiwan.

3. ASUSTeK has no place of business and no employees in Delaware.

4. ASUSTeK does not own any real estate or bank accounts in Delaware.

5. ASUSTeK is not registered to do business in Delaware.

{00586987;v1}
78864-0003/LEGAL22737459.1                                1

6. ASUSTeK does not have a registered agent of process in Delaware.

7. ASUSTeK does not own or control any subsidiaries in Delaware. ASUSTeK's subsidiary in the United States is ASUS Computer International ("ASUS California"), a California corporation headquartered in Fremont, California.

8. ASUSTeK does not design or manufacture its products in Delaware. While IpVenture has not specifically identified any accused product, ASUSTeK's products generally are designed and manufactured in Taiwan or China.

9. ASUSTeK does not sell its products or solicit business directly in Delaware or anywhere in the United States. While IpVenture has not specifically identified any accused product, ASUSTeK generally sells its products to ASUS Technology Pte Ltd. ("ASUS Singapore"), a Singapore corporation.

10. While IpVenture has not specifically identified any accused product, ASUSTeK generally sells title of its products to ASUS Singapore in Taiwan or China.

11. ASUSTeK does not advertise directly in Delaware.

12. I am not aware of any ASUSTeK employee traveling to Delaware on behalf of ASUSTeK.

13. None of the ASUSTeK witnesses or documents relevant to this case are located in Delaware. Since IpVenture has not identified any specific accused product or served initial disclosures, it is difficult to identify particular witnesses at this stage. Nevertheless, the ASUSTeK witnesses and documents relevant to this case will likely all be located in Taiwan, because ASUSTeK's research & development, product design, accounting, sales, and marketing employees (including myself) are based in Taiwan.

14. For the limited purposes of this case, ASUSTeK is willing to submit to personal jurisdiction and venue in the United States District Court for the Northern District of California.

15. Prior to IpVenture's complaint against ASUSTeK, I had not read any July 2009 news article from Bloomberg News describing IpVenture's initiation of litigation against Sony and Panasonic or February 2011 press release which described the settlement of litigation

between IpVenture and Sony, nor am I aware of anyone else at ASUSTeK who has.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/20, 2012, in Taipei, Taiwan.

                                                _Connie Huang_