

Steven J. Fineman
Director
302-651-7592
Fineman@rlf.com

July 6, 2012

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court Judge
U.S. District Court for the District of Delaware
844 N. King Street, Unit 9
Room 6329
Wilmington, Delaware 19801-3555

    Re: *IP Venture Inc. v. Lenovo Group Limited, et al.*
       C.A. No. 11-588-RGA

Dear Judge Andrews:

  I write on behalf of Dell Inc. ("Dell") with respect to the hearing on Dell's motion to sever and transfer (D.I. 97) held on June 27, 2012 at 2:00 p.m.  At the hearing, Your Honor raised the issue of whether any other court had determined if Section 299 of the AIA is applicable when an action is commenced against a defendant after the enactment of the AIA, but where the case had been pending against other defendants since before enactment of the AIA. (June 27, 2012 Tr. at 6-7).  During a May 3, 2012 hearing in an action styled *Softview LLC v. Apple* (C.A. No. 10-389-LPS), Judge Stark held that Section 299 of the AIA applied to newly joined defendants because the action was commenced against them after the adoption of the AIA.  Enclosed please find pages 33-36 of the transcript from the May 3, 2012 hearing before Judge Stark.

  If Your Honor has any questions, counsel remain available at the Court's convenience.

               Very truly yours,

               */s/ Steven J. Fineman* (#4025)

               Steven J. Fineman (#4025)

SJF/jmk
Enclosure

cc: All Counsel of Record (Via CM/ECF)